UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

Civil Action No. 04-143-HRW

MICHAEL L. CORDLE,                                                      PLAINTIFF,

v.                              **JUDGMENT**

LOWE's HOME CENTERS, INC.,                            DEFENDANT.

In compliance with Federal Rule of Civil Procedure 58, and the Opinion filed this day filed herein, **IT IS HEREBY ORDERED** and **ADJUDGED** that the Defendant's Motion for Summary Judgment be and the same is hereby **SUSTAINED** and Plaintiffs' Complaint be and the same is hereby dismissed **WITH PREJUDICE**.

This is a **FINAL AND APPEALABLE ORDER**, and the above-styled action is stricken from the active docket of this Court.

This November 15, 2005.



Signed By:
*Henry R Wilhoit Jr.*
United States District Judge